# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 20 mj 466-M |
| TAYLOR RUFFIN HERRINGTON | ) | |
| Defendant | ) | Charging District's Case No. 2:20-cr-40-1 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of Vermont with violations of (list charges): 18 USC 924(c)(1)A ; 21 USC 841(a)(1), 841(b)(1)(C), 846

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)   a hearing on any motion by the government for detention;

(6)   request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐   an identity hearing and production of the warrant.

☐   a preliminary hearing.

☐   a detention hearing.

☑   an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 3/19/2020

x _____
Defendant's signature

_____
Signature of defendant's attorney

Elizabeth Toplin
Printed name of defendant's attorney