AO 94 (Rev 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

| Eastern | District of | Pennsylvania |

| UNITED STATES OF AMERICA<br>V.<br><br>TAYLOR HARRINGTON | **COMMITMENT TO ANOTHER DISTRICT** |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense<br>**DISTRICT OF VT**<br>20-CR-40-1 | District of Arrest<br>**EASTERN DISTRICT OF PA**<br>20-466-1 M | District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
   X  Indictment    ☐ Information    Complaint    Other

charging a violation of     18     U.S.C. §§    924(c)(1)(A)

**DISTRICT OF OFFENSE**
District of Vermont

**DESCRIPTION OF CHARGES:**

Conspiracy to Distribute Controlled Substances

**CURRENT BOND STATUS:**

    Bail fixed at         and conditions were not met
- ☐ Government moved for detention and defendant detained after hearing in District of Arrest
- ☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
- ☐ Other (specify)

| **Representation:** | ☐ Retained Own Counsel | ☐ **Federal Defender Organization** | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| **Interpreter Required?** | Yes | No | Language: | |

**DISTRICT OF PENNSYLVANIA**

**TO: THE UNITED STATES MARSHAL**

    You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| March 19, 2020 | _[signature]_ |
|---|---|
| Date | Honorable David Strawbridge, U.S. Magistrate Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |